■ In the Matter of CHRISTOPHER M., Appellant. [630 NYS2d 940] —Appeal by Christopher M. (Anonymous) from an order of disposition of the Family Court, Queens County (Lauria, J.), dated May 9, 1994. The appeal brings up for review a fact-finding order of the same court, dated March 22, 1994.

Ordered that the order of disposition is affirmed, without costs or disbursements, for reasons stated by Judge Lauria in his decision at the dispositional hearing dated May 9, 1994. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.